## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALFRED CLAGGETT**, **JR.**, | : | **CIVIL ACTION NO. 1:10-CV-413** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **BENJAMIN A. FRANTZ**, | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 8th day of March, 2011, upon consideration of the Report and
Recommendation of United States Magistrate Judge William T. Prince (Doc. 25),
recommending that defendant's motion for summary judgment (Doc. 11) be denied, and,
following an independent review of the record and noting that defendant Benjamin A.
Frantz filed objections[1] to the report on February 4, 2011 (Doc. 26), and the court finding
Judge Prince's analysis to be thorough and well-reasoned, and the court finding
defendant's objections to be without merit and squarely addressed by Judge Prince's
report, it is hereby ORDERED that:

---

[1] Where objections to a magistrate judge's report and recommendation are
filed, the court must perform a *de novo* review of the contested portions of the
report. Supinski v. United Parcel Serv., Civ. A. No. 06-0793, 2009 WL 113796, at *3
(M.D. Pa. Jan. 16, 2009) (citing Sample v. Diecks, 885 F.2d 1099, 1106 n. 3 (3d Cir.
1989); 28 U.S.C. § 636(b)(1)(c)). "In this regard, Local Rule of Court 72.3 requires
'written objections which . . . specifically identify the portions of the proposed
findings, recommendations or report to which objection is made and the basis for
those objections.'" Id. (citing Shields v. Astrue, Civ. A. No. 07-417, 2008 WL
4186951, at *6 (M.D. Pa. Sept. 8, 2008)).

1.    The report of Magistrate Judge Prince (Doc. 25) is ADOPTED in its entirety.

2.    Plaintiff's motion to accept brief in opposition to defendant's motion for summary judgment nunc pro tunc (Doc. 30) is GRANTED.

3.    Defendant's motion for summary judgment (Doc. 11) is DENIED.


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge